**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Kathleen Ransom and Frank R. Ransom, Respondents,

v.

Christopher O. Brisbon and Catrina M.W., Defendants,

Of Whom Christopher O. Brisbon is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-000660

-----

Appeal From Lee County
George M. McFaddin, Jr., Family Court Judge

-----

Unpublished Opinion No. 2016-UP-113
Submitted January 26, 2016 – Filed February 25, 2016

-----

**AFFIRMED**

-----

Cody Tarlton Mitchell, of Lucas Warr & White, of
Hartsville, for Appellant.

Stephen Bryan Doby, of Jennings & Jennings, PA, of
Bishopville, for Respondents.

Charlie Jay Johnson, Jr., of Charlie Jay Johnson, Jr., Attorney At Law LLC, of Columbia, for the Guardian ad Litem.

**PER CURIAM:**  Christopher O. Brisbon appeals the family court's order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's finding of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Brisbon's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.